# In the United States District Court for the Southern District of Georgia Brunswick Division

BILLY GENE JEFFERSON, JR.,

   Petitioner,

 v.

NICOLE CHISOLM,

   Respondent.

2:25-cv-53

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant in part and deny in part Respondent's Motion to Dismiss and to dismiss in part and dismiss without prejudice in part Petitioner Billy Jefferson's ("Jefferson") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, among other recommendations. Dkt. No. 22. Jefferson did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See <u>Macort v. Prem, Inc.</u>, 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT in part** and **DENY in part** Respondent's

Motion to Dismiss, **DISMISS in part** and **DISMISS without prejudice in part** Jefferson's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, dkt. nos. 1, 8, and **DENY as moot** all other Motions, dkt. nos. 11, 13, 16.  I also **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Jefferson *in forma pauperis* status on appeal.

   **SO ORDERED**, this ___ day of March, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA